IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 10-02882MCF

JANICE BATIZ RIVERA

Chapter 13

XXX-XX-6713

FILED & ENTERED ON 06/07/2010

Debtor(s)

**O R D E R**

Trustee to state position within 14 days as to DEBTOR's motion requesting entry of order authorizing debtor to use her 2009 income tax refund for personal use (docket #12).

The Clerk shall give notice to all parties in interest.

SO ORDERED.

Ponce, Puerto Rico, this 07 day of June, 2010.

*Mildred Cabán*

MILDRED CABAN FLORES
U.S. Bankruptcy Judge

CC: DEBTOR
MADELINE SOTO PACHECO
JOSE RAMON CARRION MORALES
F/UP

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: diazy              Page 1 of 1              Date Rcvd: Jun 07, 2010
Case: 10-02882                Form ID: pdf003          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 09, 2010.
```
db            +JANICE BATIZ RIVERA,   CALLE TEMPLADO 2042,   VILLA PARAISO,    PONCE, PR 00728-3649
```
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2010**                    Signature:    *Joseph Speetjens*